IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL ANTHONY, Individually and** | : | |
| **On Behalf of Others Similarly Situated,** | : | |
| *Plaintiff*, | : | |
| | : | |
| **v.** | : | **CIVIL ACTION** |
| | : | **NO. 22-3382** |
| **NATIONAL REPUBLICAN** | : | |
| **CONGRESSIONAL  COMMITTEE, A** | : | |
| **District of Columbia Non-Profit Organizatio** | : | |
| **Organization,** | : | |
| *Defendant.* | : | |

## ORDER

**AND NOW,** this **30th** day of **September, 2024**, upon consideration of Defendant National

Republican Congressional Committee's Motion to Dismiss Plaintiff's Complaint (ECF No. 20),

Plaintiffs' Response in Opposition to Defendant's Motion to Dismiss (ECF No. 21), Defendant

National Republican Congressional Committee's Reply in Support of Its Motion to Dismiss (ECF

No. 23), and after consideration of the representations made by counsel at oral argument held on

May 18, 2023, it is hereby **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** as follows:

1.      The plaintiff's claims brought pursuant to the Telephone Consumer Protection Act

in the First and Second Causes of Action are **DISMISSED WITH PREJUDICE**.

2.      The plaintiff's intrusion upon seclusion claim asserted in the Third Cause of Action

is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

3.    The Clerk is **DIRECTED** to **CLOSE** this action.

BY THE COURT:

HON. KAI N. SCOTT
United States District Court Judge

2