IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MICHAEL ANTHONY, individually and on　　:
behalf of all others similarly situated,　　　:
　　　　　　　　　*Plaintiff*,　　　　　:
　　　　　　　　　　　　　　　　　:
　　　　　v.　　　　　　　　　　　:　CIVIL NO.  22-3382
　　　　　　　　　　　　　　　　　:
NATIONAL REPUBLICAN　　　　　　:
CONGRESSIONAL  COMMITTEE, a　　:
District of Columbia non-profit　　　　　:
organization,　　　　　　　　　　　:
　　　　　　　　　*Defendant*.　　　:

## ORDER

**AND NOW**, this **23rd** day of **March 2026**, upon consideration of Defendant National Republican Congressional Committee's Motion to Dismiss Plaintiff's Complaint (ECF No. 20), Plaintiffs' Response in Opposition to Defendant's Motion to Dismiss (ECF No. 21), Defendant National Republican Congressional Committee's Reply in Support of its Motion to Dismiss (ECF No. 23), and the Third Circuit's Opinion (ECF No. 43), it is hereby **ORDERED** that the Motion to Dismiss is **GRANTED** and the Complaint is dismissed, without prejudice.  Plaintiff has twenty-one (21) days from the date of this Order to amend his Intrusion Upon Seclusion claim.  If Plaintiff fails to amend his Complaint within 21 days of this Order, this case will be closed.

BY THE COURT:

_____
HON. KAI N. SCOTT
United States District Court Judge