**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MICHAEL ANTHONY,** | : | |
| ***Plaintiff,*** | : | |
| | : | |
| **v.** | : | **CIVIL NO. 22-3382** |
| | : | |
| | : | |
| **NATIONAL REPUBLICAN CONGRESSIONAL COMMITTEE,** | | |
| ***Defendant.*** | : | |
| | : | |

**ORDER**

**AND NOW,** this **8th** day of **October 2026**, upon consideration of Defendant's Motion to Dismiss (ECF No. 53), Plaintiff's Response (ECF No. 54), and Defendant's Reply (ECF No. 55) it is hereby **ORDERED** that Defendant's Motion is **GRANTED** and Plaintiff's intrusion-upon-seclusion claim is **DISMISSED WITH PREJUDICE**. It is **FURTHER ORDERED** that the Clerk of Court is directed to **CLOSE** this case.

**BY THE COURT:**

**HON. KAI N. SCOTT**
**United States District Court Judge**